441 A.2d 449

Commonwealth v. Sawyer, Appellant.

Argued May 20, 1981. John T. Bender, for appellant; Stella R. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Order affirmed.